FILED: August 27, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4441
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

ALI AL-TIMIMI

      Defendant - Appellee

_____

O R D E R
_____

    The court amends briefing schedule as follows:

    Memorandum response brief due: 08/28/2020 @ noon

    Memorandum reply brief permitted by 08/31/2020.

                          For the Court--By Direction

                          /s/ Patricia S. Connor, Clerk