UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4441
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

ALI AL-TIMIMI

       Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Memorandum response brief due: 08/31/2020 @ noon

Memorandum reply brief permitted by: 09/02/2020

                     For the Court--By Direction

                     /s/ Patricia S. Connor, Clerk