# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 28, 2020

_____

RESPONSE REQUESTED

_____

No. 20-4441,  US v. Ali Al-Timimi
              1:04-cr-00385-LMB-1

TO:    Ali Al-Timimi

RESPONSE DUE: **08/31/2020 @ 2:00 pm**

Response is required to the motion for stay on or before the due date above.

Cathi Bennett, Deputy Clerk
804-916-2702