FILED: August 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4441
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

ALI AL-TIMIMI

    Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the order of the district court is affirmed.

/s/ PATRICIA S. CONNOR, CLERK